# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barbara Gardner
aka Barbara Ann Gardner

**Debtor 1**

Dallas Gardner
aka Dallas Gene Gardner

**Debtor 2**

Chapter: 7

Case number: 1:19–bk–01080–HWV

Document Number: 17,19

Matter: Trustee's Notice of Dismissal and Debtor's Request to Continue Meeting of Creditors

Steven M. Carr, Esq. (Trustee)
**Movant(s)**

vs.

Barbara Gardner
aka Barbara Ann Gardner
Dallas Gardner
aka Dallas Gene Gardner
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on March 19, 2019.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 5/14/19** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 6, 2019 |

nthrgreq(02/19)

Case 1:19-bk-01080-HWV    Doc 20    Filed 05/06/19    Entered 05/06/19 12:59:28    Desc
Notice Hearing Required    Page 1 of 1